FILED
DEC 06 2023 MCP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00623
Judge Sharon Johnson Coleman
Magistrate Judge Maria Valdez
Cat. 3/Random

Dec 6, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. |
| v. ) | |
| ) | Violation: Title 18, United States |
| MAURICE MONTGOMERY ) | Code, Section 922(g)(1) |
| ) | |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about March 30, 2023, at Calumet City, in the Northern District of Illinois, Eastern Division,

MAURICE MONTGOMERY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Glock Model 17 9mm caliber pistol bearing serial number FYC764, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock Model 17 9mm caliber pistol bearing serial number FYC764, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY